UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS TOOLEY, <br> an individual, <br><br> Plaintiff, <br> vs. <br><br> BRE DDR WOODFIELD VILLAGE LLC, <br> a Delaware Limited Liability Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) / | CASE NO.: 1:19-cv-06598 <br><br> Honorable Robert M. Dow Jr. |

### JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days and further request that all deadlines, including the status hearing scheduled for December 5, 2019, be adjourned while they finalize their settlement.

Dated: November 26, 2019

Respectfully Submitted,                                    Respectfully Submitted,

*/s/ Brian W. Coffman*                                    */s/ Melissa M. Hewitt*
Brian W. Coffman, Esq. #6285942            Melissa M. Hewitt
COFFMAN LAW OFFICES P.C.                 BAKER & HOSTETLER LLP
Of Counsel                                                       One North Wacker Drive, Suite 4500
2615 North Sheffield Avenue, Suite #1     Chicago, Illinois 60606-1901
Chicago, IL 60614                                           Telephone: (312) 416-6200
Tel: 773-348-1295                                          Facsimile: (312) 416-6201
Fax: 773-242-6188                                         mhewitt@bakerlaw.com
Email: bcoffmanlaw@gmail.com

*Counsel for Plaintiff*                                    *Counsel for Defendant*
*Dennis Tooley*                                            *BRE DDR Woodfield Village LLC*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 26th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Melissa M. Hewitt
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-1901

                                    */s/ Brian W. Coffman*
                                    Brian W. Coffman, Esq. #6285942