UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>   Plaintiff,<br>vs.<br><br>BRE DDR WOODFIELD VILLAGE LLC,<br>a Delaware Limited Liability Company,<br><br>   Defendant. | CASE NO.: 1:19-cv-06598<br><br>Honorable Robert M. Dow Jr. |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Dated: December 17, 2019   Respectfully Submitted,

            */s/ Brian W. Coffman*
            Brian W. Coffman, Esq. #6285942
            COFFMAN LAW OFFICES P.C.
            Of Counsel
            2615 North Sheffield Avenue, Suite #1
            Chicago, IL 60614
            Tel: 773-348-1295
            Fax: 773-242-6188
            Email: bcoffmanlaw@gmail.com

            *Counsel for Plaintiff*
            *Dennis Tooley*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 17, 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Melissa M. Hewitt
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606-1901

                                                    */s/ Brian W. Coffman*
                                                    Brian W. Coffman, Esq. #6285942